IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA DRAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:03cv963-SRW |
| ) | WO |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the plaintiff's motion for status of case, filed January 30, 2006, it is

ORDERED that the motion is GRANTED.  Plaintiff is advised that the action is pending before the court for consideration of plaintiff's memorandum in support of her claim for benefits, filed February 24, 2004, and the memorandum in support of the Commissioner's decision, filed March 26, 2004.

Done, this 2nd day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE